

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2019

No. 04-18-00616-CR

Romeo **ADAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9532
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

Appellant's pro se motion for extension of time to file a motion for reconsideration en banc is granted. We order a motion for reconsideration en banc due December 30, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court